**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 7, 2015

Hon. Douglas H. Pettit
Attorney At Law
680 E. St. Charles Ave., Ste 600
Brownsville, TX 78521
* DELIVERED VIA E-MAIL *

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00457-CR
Tr.Ct.No. 2013-DCR-1953-E
Style:   Victor Hernandez v. The State of Texas

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Friday, May 15, 2015. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch